**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1818**

ELINA ZALOME ERAZO ALVAREZ,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals

Submitted: May 27, 2021                                      Decided: June 25, 2021

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Petition denied in part and dismissed in part by unpublished per curiam opinion.

Khristina Siletskaya, SILETSKAYA IMMIGRATION LAW FIRM, Bluffton, South Carolina, for Petitioner. Jeffrey Bossert Clark, Acting Assistant Attorney General, Kiley Kane, Senior Litigation Counsel, Rebecca Hoffberg Phillips, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elina Zalome Erazo Alvarez, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the Immigration Judge's decision denying her application for special rule cancellation of removal under 8 U.S.C. § 1229b(b)(2). The Board found that Erazo Alvarez did not establish eligibility for relief because she failed to demonstrate that she was battered or subjected to extreme cruelty. We possess jurisdiction to review the Board's decision only to the extent Erazo Alvarez asserts questions of law and constitutional claims. *See* 8 U.S.C. § 1252(a)(2)(B)(i), (D); *Jean v. Gonzales*, 435 F.3d 475, 479-80 (4th Cir. 2006) (holding that, under § 1252(a)(2)(B)(i), (D), Court has no jurisdiction over any aspects of denial of relief under § 1229b except constitutional claims or questions of law). Erazo Alvarez's sole legal claim – that the Board applied the wrong legal standard in reviewing her appeal – lacks merit. We do not have jurisdiction over her remaining claims, none of which present questions of law or constitutional claims. We dispense with oral argument because the facts and legal questions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED IN PART*
*AND DISMISSED IN PART*

2